# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>v.<br><br>JASON JEROME JOHNSON,<br><br>                            Defendant. | Case No. 12-CR-185-JPS<br><br><br><br>**ORDER** |

       The defendant, Jason Jerome Johnson, filed a motion to dismiss the Indictment against him on September 26, 2012. (Docket #20). Then, on October 18, 2012, Magistrate Judge Nancy Joseph issued a report and recommendation to this Court that Mr. Johnson's motion be granted and the Indictment against him be dismissed. (Docket #29). The Government notified the Court that it would not object to Judge Joseph's recommendation. (Docket #30).

       Because the Government does not object to Judge Joseph's recommendation in this matter, and the consequent dismissal of the Indictment, the Court will now adopt Judge Joseph's recommendation and grant Mr. Johnson's motion to dismiss the Indictment. As such, the Court will order that the Indictment against Mr. Johnson be dismissed.

       Accordingly,

       **IT IS ORDERED** that, the Government having notified this Court that it would not object to Magistrate Judge Nancy Joseph's report and recommendation (Docket #29) that the defendant's motion to dismiss (Docket #20) be granted, the Magistrate Judge's report and recommendation (Docket #29) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that, the Court having adopted the Magistrate Judge's report and recommendation, the defendant's motion to dismiss the Indictment against him (Docket #20) be and the same is hereby **GRANTED**, and, accordingly, the Indictment (Docket #14) be and the same is hereby **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 22nd day of October, 2012.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge